IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>IC INTRACOM USA, LLC,<br><br>          Defendant. | Civil Action No. 1:13-cv-1863-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Innovative Wireless Solutions, LLC ("IWS") hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant IC Intracom USA, LLC ("IC Intracom USA") has not yet answered the Complaint. Accordingly, IWS voluntarily dismisses IC Intracom USA without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: January 31, 2014                     Respectfully submitted,

                                            FARNEY DANIELS PC

                                            */s/ Timothy Devlin*
                                            Timothy Devlin #4241
                                            tdevlin@farneydaniels.com
                                            1220 Market Street, Suite 850
                                            Wilmington, DE 19801
                                            Telephone: (302) 300-4626

Jonathan Baker (Admitted *Pro Hac Vice*)
jbaker@farneydaniels.com
Michael Saunders (Admitted *Pro Hac Vice*)
msaunders@farneydaniels.com
Gurtej Singh (Admitted *Pro Hac Vice*)
tsingh@farneydaniels.com
FARNEY DANIELS PC
411 Borel Avenue, Ste. 350
San Mateo, CA 94402
Telephone: (424) 268-5210

Stephanie R. Wood (Admitted *Pro Hac Vice*)
swood@farneydaniels.com
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Innovative Wireless Solutions, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                          */s/ Timothy Devlin*
                                          Timothy Devlin #4241